IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-00386-01-CR-W-HFS |
| ) | |
| DERRICK L. YOUNG, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant is scheduled to enter a plea of guilty despite having earlier filed a motion to suppress evidence (Doc. 39). The motion apparently has been abandoned after reviewing the Magistrate Judge's adverse report and recommendation (Doc. 57). No objections to the report and recommendation have been filed.

Although the issues appear no longer in controversy I have reviewed the detailed report and recommendation and the transcript of testimony at the hearing on defendant's motion. Some pertinent issues are (1) requesting a telephone number before giving a <u>Miranda</u> warning, (2) presence of defendant's young daughter as a factor inducing him to give his consent to a search, and (3) allegedly conducting a search of a vehicle prior to listing it on the form. The Magistrate Judge deals

adequately with these issues. I adopt the report and recommendation and DENY the motion to suppress.

                                                     /s/ Howard F. Sachs
                                                   HOWARD F. SACHS
                                                   UNITED STATES DISTRICT JUDGE

May 29, 2007

Kansas City, Missouri